IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| Katharine Mulvaney | ) | CASE NO. 05-40627 |
| | ) | |
| Debtor(s) | ) | Hon. CAROL DOYLE |
| | ) | CHIEF BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S FINAL REPORT

To:  THE HONORABLE CAROL DOYLE
     CHIEF BANKRUPTCY JUDGE

NOW COMES Brenda Porter Helms, Trustee herein, and respectfully submits to the Court and to the United States Trustee her Final Report in accordance with 11 U.S.C. Section 704(9).

1. The Petition commencing this case was filed on 27th day of September, 2005. Brenda Porter Helms was appointed Trustee on the same date. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee: there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of October 15, 2008 is as follows:

   a.     RECEIPTS (See Exhibit C)                                                $ 15,243.50

| | | | |
|---|---|---|---|
| b. | | DISBURSEMENTS (See Exhibit C) | $ 1,358.40 |
| c. | | NET CASH available for distribution | $ 13,885.10 |
| d. | | ADMINISTRATIVE EXPENSES: | |
| | 1. | Trustee compensation requested (See Exhibit E) | $2,155.46 |
| | 2. | Trustee Expenses (See Exhibit E) | $91.00 |
| | 3. | Compensation and reimbursement of expenses requested by attorney or other professionals for trustee (See Exhibit F) | $1,213.50 |

5. The Bar Date for filing unsecured claims expired on June 29, 2006.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $3,459.96 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $27,734.22 |
| f. | Other: Late filed claims | $29,985.39 |

7. Trustee proposes that unsecured creditors receive a distribution of 37% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys', accountants', or other professionals' compensation requested but not yet allowed is $1,200.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,213.50. (See Exhibit G).

9. A fee of $1,300.00 was paid to Debtor's attorney for services rendered in connection with this case, and no basis appears to request an examination of said fee pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing under 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: _____10/15/08_____

/s/ Brenda Porter Helms
Trustee
3400 W. Lawrence Avenue
Chicago, IL 60625

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the petition, schedules and statement of financial affairs filed by the debtor and conducted the first meeting of creditors of the debtor in Chicago, Illinois (1.0. hours). The Trustee had several telephone conversations and emails with debtor's counsel regarding information relating to the stock owned by the debtor (.5 hours). The Trustee contacted the debtor directly regarding the stock.

The Trustee had numerous telephone calls and sent several letters to MONY to get the money turned over and the debtor cooperated by filling out the forms. (1.5 hours) When the account was liquidated, the Trustee opened a bank account and deposited the funds in a segregated interest bearing account (.5 hours). The Trustee drafted and filed a motion to employ accountants and appeared in Court on same (1.2 hours). The Trustee obtained capital gains information for the accountant and reviewed and signed the tax returns when prepared by the accountant (1.0 hours).

The Trustee reviewed the claims on file (1 hour).

The Trustee prepared the final report in this case (2.5 hours).

The Trustee anticipates that in the future she will appear in court at the hearing on compensation and reimbursement of expenses (.3 hours). The Trustee will file the final report electronically with the court (.4 hours). The Trustee will close the interest bearing account and open a checking account and issue the final distribution checks (1.0 hours). The Trustee will monitor the bank account until all checks are cashed and, if necessary, deposit uncashed funds with the Clerk of the Court (1 hour). The Trustee will then draft and file the Final Account in this case (.8 hours).

12.7 hours @ $350 = $4.445

## EXHIBIT A

## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition                                      Amount Abandoned

   See attached Individual Estate Property Record

   Property abandoned or to be abandoned:
| | |
|---|---|
| Checking account at Charter One – claimed exempt | $125.00 |
| Household goods – claimed exempt | $300.00 |
| Books, tapes, CDs – claimed exempt | $50.00 |
| Wearing apparel – claimed exempt | $350.00 |
| Jewelry – claimed exempt | $25.00 |
| Camera – claimed exempt | $10.00 |
| Term life insurance – no cash value – claimed exempt | 100% |
| John Hancock life insurance – no cash value – exempt | 100% |
| Tax refund for 2004 – claimed exempt | $526.05 |

   TOTAL VALUE ABANDONED:                                                 $1,386.05

Unscheduled Property

   Post petition interest of $17.85

| | |
|---|---|
| TOTAL RECEIPTS | $15,243.50 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $1,386.05 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $11,218.21 |

EXHIBIT B

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:        05-40627    SQU    Judge: JOHN SQUIRES            Trustee Name:    BRENDA PORTER HELMS, TRUSTEE
Case Name:      Mullvaney, Katharine                              Date Filed (f) or Converted (c):   09/27/05 (f)
                                                                  341(a) Meeting Date:    11/02/05
For Period Ending: 10/15/08                                       Claims Bar Date:        Bar date not set

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 checking account with Charter One | 125.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2 HOUSEHOLD GOODS AND FURNISHINGS | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3 BOOKS AND ART OBJECTS | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4 WEARING APPAREL AND JEWELRY | 375.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. 1985 Cannon AE1 Camera | 10.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. life insurance policy with employer | 0.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. Life insurance with John Hancock | 0.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Mellon Investment services | 10,082.16 | 0.00 | | 15,225.65 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. 2004 Tax refund | 526.05 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 17.85 | Unknown |

TOTALS (Excluding Unknown Values)    $11,468.21    $0.00    $15,243.50    
Value of Remaining Assets  $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/07    Current Projected Date of Final Report (TFR): 02/15/08

/s/    BRENDA PORTER HELMS, TRUSTEE
_____ Date: 10/15/08
BRENDA PORTER HELMS, TRUSTEE

PFORM1    Ver: 14.10a

## ESTATE CASH RECEIPTS AND DISBURSEMENTS

See attached

EXHIBIT C

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 1

| Case No: | 05-40627 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | Mullvaney, Katharine | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1914 Money Market - Interest Bearing |
| Taxpayer ID No: | *******2992 | | | |
| For Period Ending | 10/15/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/16/06 | 8 | Manulife Financial<br>P.O. Box 3314<br>South Hackensack NJ 07606 | DIVIDEND PAID | 1123-000 | 51.92 | | 51.92 |
| 06/22/06 | 8 | Manulife Financial<br>P.O. Box 3314<br>South Hackensack NJ 07606 | DIVIDEND PAID | 1129-000 | 53.25 | | 105.17 |
| 06/30/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.02 | | 105.19 |
| 07/31/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 105.28 |
| 08/31/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 105.37 |
| 09/29/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.08 | | 105.45 |
| 10/31/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 105.54 |
| 11/30/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 105.63 |
| 12/29/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.08 | | 105.71 |
| 01/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.10 | | 105.81 |
| 02/27/07 | 000101 | International Sureties, Ltd | bond premium | 2300-000 | | 0.11 | 105.70 |
| 02/28/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.08 | | 105.78 |
| 03/30/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 105.87 |
| 04/30/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 105.96 |
| 05/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 106.05 |
| 06/29/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.08 | | 106.13 |
| 07/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 106.22 |
| 08/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 106.31 |
| 09/28/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 0.06 | | 106.37 |
| 10/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 0.07 | | 106.44 |
| 11/30/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 0.06 | | 106.50 |
| 12/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 0.05 | | 106.55 |
| 01/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 0.04 | | 106.59 |
| 02/12/08 | 8 | Manulife Financial<br>P.O. Box 3314<br>South Hackensack NJ 07606 | dividend check | 1129-000 | 69.33 | | 175.92 |
| 02/12/08 | 8 | Manulife Financial<br>P.O. Box 358014<br>Pittsburgh PA 15252 | dividend check | 1129-000 | 83.03 | | 258.95 |
| 02/12/08 | 8 | Manulife Financial<br>p.O. Box 3314<br>South Hackensack NJ 07606 | dividend check | 1129-000 | 60.23 | | 319.18 |
| 02/12/08 | 8 | Manulife financial<br>P.O. Box 3314<br>South Hackensack NJ 07606 | dividend check | 1129-000 | 42.87 | | 362.05 |
| 02/12/08 | 8 | Manulife Financial<br>P.O. Box 3314<br>South Hackensack NJ 07606 | dividend check | 1129-000 | 35.78 | | 397.83 |
| 02/12/08 | 8 | Manulife Financail<br>P.O. Box 3314<br>South Hackensack NJ 07606 | dividend check | 1129-000 | 40.65 | | 438.48 |
| 02/14/08 | 000102 | International Sureties Ltd<br>701 Poydras St | trustee bond | 2300-000 | | 0.49 | 437.99 |

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No | 05-40627 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | Mullvaney, Katharine | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1914 Money Market - Interest Bearing |
| Taxpayer ID No: | *******2992 | | | |
| For Period Ending | 10/15/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/25/08 | 8 | New Orleans LA 70139<br>Manulife Financial<br>PO Box 358014<br>Pittsburgh PA 15252 | turnover of securities | 1129-000 | 14,788.59 | | 15,226.58 |
| 02/29/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.17 | | 15,226.75 |
| 03/03/08 | 000103 | Fed Express | delivery to BNYMEllon | 2990-000 | | 28.85 | 15,197.90 |
| 03/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.58 | | 15,201.48 |
| 04/30/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.12 | | 15,204.60 |
| 05/07/08 | 000104 | Illinois Department of Revenue | 2007 taxes | 2820-000 | | 140.00 | 15,064.60 |
| 05/30/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.92 | | 15,066.52 |
| 06/30/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.85 | | 15,068.37 |
| 07/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.91 | | 15,070.28 |
| 08/29/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.91 | | 15,072.19 |
| 09/30/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.86 | | 15,074.05 |
| 10/01/08 | 000105 | Katharine Mullvaney | exemption | 8100-002 | | 1,188.95 | 13,885.10 |

Total Of All Accounts    13,885.10

FFORM24    Ver - 10.0

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                                          CHAPTER 7

Katharine Mulvaney                                              CASE NO. 05-40627

　　　　　Debtor(s).                                            HON. CAROL DOYLE

## PROPOSED DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $3,459.96 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $10,425.14 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $13,885.10 |

**EXHIBIT D**

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $3,459.96 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $2,155.46 | $2,155.46 |
| | Brenda Porter Helms, Trustee Trustee Expenses | $91.00 | $91.00 |
| | Alan D. Lasko & Associates, P.C Accountant for Trustee Fees | $1,200.00 | $1,200.00 |
| | Alan D. Lasko & Associates, P.C. Accountant for Trustee Expenses | $13.50 | $13.50 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,925 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of 2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 27,734.22 | 37.59 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 2 | Citibank South Dakota General Unsecured 726 | $11,078.52 | $4,164.35 |
| 3 | Citibank South Dakota General Unsecured 726 | $15,402.44 | $5,789.70 |

| | | | |
|---|---|---|---|
| 1 | Marshall Field General Unsecured 726 | $1,253.26 | $471.09 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured Claims | $ 29,985.39 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 5 | B-Line LLC/Chase Bank Tardy General Unsecured 726 | $13,085.28 | $0.00 |
| 4 | C/Chas Tardy General Unsecured 726 | $16,900.11 | $0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/ Penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) – Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____     _____