IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 05 B 40627 |
| KATHARINE MULVANEY | ) | HON. CAROL DOYLE |
| | ) | CHIEF BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO: The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    AT: U.S. Bankruptcy Court
    Everett McKinley Dirksen Building
    219 S. Dearborn, Courtroom 742
    Chicago, Illinois 60604

    ON: **December 9, 2008**            AT: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

    RECEIPTS                                             $15,243.50

    DISBURSEMENTS                                        $1,358.40

    NET CASH AVAILABLE FOR DISTRIBUTION  $13,885.10

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

Certificate of Service    Page 2 of 4

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $2,155.46 | $91.00 |
| Alan D. Lasko & Associates P.C. | $0.00 | $1,200.00 | $13.50 |

5.   No priority claims were filed in this case.

6.  General unsecured creditors filed the following claims totaling $27,734.22 and will receive a distribution of 37% on their claims:

| Creditor | Amount of Claim | Amount of Distribution |
|---|---|---|
| Citibank South Dakota | $11.078.52 | $4,164.35 |
| Citibank South Dakota | $15,402.44 | $5,789.70 |
| Marshall Field | $1,253.26 | $471.09 |

7.  Late claims were filed by B-Line/Chase in the amount of $13,085.25 and $16,900.11, but will receive no distributions on their claims.

8.   All proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

12. The debtor received a discharge.

13. The Trustee proposes to abandon the following property:  checking account, household goods, books, wearing apparel, jewelry, camera, insurance, tax refund.

Dated: **November 6, 2008**

For the Court:
**KENNETH S. GARDNER**
Kenneth S. Gardner, Clerk
United States Bankruptcy Court

Trustee:  Brenda Porter Helms
        3400 W. Lawrence Avenue
        Chicago IL 60625
        (773) 463-6427

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7               Page 1 of 1           Date Rcvd: Nov 06, 2008
Case: 05-40627                Form ID: pdf002           Total Served: 12

The following entities were served by first class mail on Nov 08, 2008.
db           +Katharine M Mulvaney,    501 W 24th Place,    Apt.# 202,    Chicago, IL 60616-1870
aty          +Andrew S Corbett,    Macey & Aleman,    20 West Kinzie,    Suite 1300,    Chicago, IL 60654-5816
tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
               Chicago, IL 60625-5104
9900720       AT & T Universal Card,    PO Box 6905,    The Lakes, NV 88901-6905
9900721      +Citi Cards,    P.O. Box 6407,    The Lakes, NV 88901-6407
10796904      Citibank (South Dakota) N.A.,    Citibank (South Dakota) N.A.,    Exception Payment Processing,
               P O Box 6305,    The Lakes, NV 88901-6305
9900722      +Creditor's Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
9900723       First USA,    PO Box 85068,    Louisville, KY 40285-5068
9900724      +JP Morgan Chase,    120 S. LaSalle,    Chicago, IL 60603-3403
9900725     +++Marshall Field,    Marshall Field,    111 Boulder Industrial Dr,    Bridgeton, MO 63044-1241
9900719      +Shobhana R. Kasturi,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60654-6392
The following entities were served by electronic transmission on Nov 07, 2008.
10833105     +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Nov 07 2008 04:21:07
               B-Line, LLC/Chase Bank USA, N.A.,    Mail Stop 550,    2101 Fourth Ave., Suite 1030,
               Seattle, WA 98121-2317
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9900718*     +Katharine M Mulvaney,    501 W. 24th Place,    Apt.# 202,    Chicago, IL 60616-1870
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2008**          **Signature:** *Joseph Speetjens*