IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO.  05 B 40627 |
| KATHARINE MULLVANEY | ) | HON. CAROL DOYLE |
| | ) | CHIEF BANKRUPTCY JUDGE |

**TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY**

Brenda Porter Helms, Trustee ("Trustee"), pursuant to 11 U.S.C. section 347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The instant chapter 7 bankruptcy was filed and Brenda Porter Helms was appointed Trustee, duly qualified and is acting as said Trustee.

2. The Trustee filed her Distribution Report and issued the following checks on December 11, 2008:

    #1007          Marshall Field's          $471.22

3. This check has never been cashed and the Trustee has issued a stop payment on this check.

3. By reasons of the foregoing, Trustee has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to section 347of the Bankruptcy Code.

Respectfully submitted,

/s/Brenda Porter Helms
Trustee

Brenda Porter Helms
#6184302
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)