CAROL A. DOYLE

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| Mullvaney, Katharine | § | Case No. 05-40627 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 2,325.00 |
| Total Distributions to Claimants: 9,956.82 | Claims Discharged Without Payment: 47762.79 |
| Total Expenses of Administration: 3,629.41 | |

3) Total gross receipts of $ 15,246.40  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,660.17  (see **Exhibit 2**), yielded net receipts of $ 13,586.23  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 3,629.41 | 3,629.41 | 3,629.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 53,100.00 | 57,719.61 | 57,719.61 | 9,956.82 |
| **TOTAL DISBURSEMENTS** | $ 53,100.00 | $ 61,349.02 | $ 61,349.02 | $ 13,586.23 |

4) This case was originally filed under chapter 7 on 09/27/2005. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/28/2009   By:/s/BRENDA PORTER HELMS, TRUSTEE
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009) (Page 2)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mellon Investment services | 1129-000 | 15,225.65 |
| Post-Petition Interest Deposits | 1270-000 | 20.75 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,246.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Katharine Mullvaney | Exemptions | 8100-002 | 1,188.95 |
| Clerk, United States Bankruptcy Court | Non-Estate Funds Paid to Third Parties | 8500-000 | 471.22 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,660.17** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | 2100-000 | NA | 2,155.46 | 2,155.46 | 2,155.46 |
| HELMS, BRENDA PORTER | 2200-000 | NA | 91.00 | 91.00 | 91.00 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 0.49 | 0.49 | 0.49 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 0.11 | 0.11 | 0.11 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 140.00 | 140.00 | 140.00 |
| FED EXPRESS | 2990-000 | NA | 28.85 | 28.85 | 28.85 |
| ALAN D. LASKO & ASSOCIATES, P.C | 3410-000 | NA | 1,200.00 | 1,200.00 | 1,200.00 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | NA | 13.50 | 13.50 | 13.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,629.41 | $ 3,629.41 | $ 3,629.41 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

UST Form 101-7-TDR (9/1/2009) (Page: 4)

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAKOTA, CITIBANK SOUTH | 7100-000 | 9,030.00 | 11,078.52 | 11,078.52 | 4,165.51 |
| DAKOTA, CITIBANK SOUTH | 7100-000 | 12,960.00 | 15,402.44 | 15,402.44 | 5,791.31 |
| FIELD, MARSHALL | 7100-000 | 1,095.00 | 1,253.26 | 1,253.26 | 0.00 |
| B-LINE LLC/CHASE BANK | 7200-000 | 13,090.00 | 13,085.28 | 13,085.28 | 0.00 |
| C/CHAS | 7200-000 | 16,925.00 | 16,900.11 | 16,900.11 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 53,100.00 | $ 57,719.61 | $ 57,719.61 | $ 9,956.82 |

UST Form 101-7-TDR (9/1/2009) (Page: 5)

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 05-40627 DOY Judge: CAROL A. DOYLE |
|---|---|
| Case Name: | Mullvaney, Katharine |
| For Period Ending: | 09/28/09 |

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 09/27/05 (f) |
| 341(a) Meeting Date: | 11/02/05 |
| Claims Bar Date: | Bar date not set |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1. checking account with Charter One<br>Debtor Claimed Exemption | 125.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS AND FURNISHINGS<br>Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 3. BOOKS AND ART OBJECTS<br>Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL AND JEWELRY<br>Debtor Claimed Exemption | 375.00 | 0.00 | | 0.00 | FA |
| 5. 1985 Cannon AE1 Camera<br>Debtor Claimed Exemption | 10.00 | 0.00 | | 0.00 | FA |
| 6. life insurance policy with employer<br>Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |
| 7. Life insurance with John Hancock<br>Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |
| 8. Mellon Investment services<br>Debtor Claimed Exemption | 10,082.16 | 0.00 | | 15,225.65 | FA |
| 9. 2004 Tax refund<br>Debtor Claimed Exemption | 526.05 | 0.00 | | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 20.75 | Unknown |

TOTALS (Excluding Unknown Values)     $11,468.21     $0.00     $15,246.40

Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/07     Current Projected Date of Final Report (TFR): 02/15/08

/s/ BRENDA PORTER HELMS, TRUSTEE
_____ Date: 09/28/09
BRENDA PORTER HELMS, TRUSTEE

Exhibit 8

PFORM1

Ver: 15.00a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-40627 -DOY | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | Page 1 |
|---|---|---|---|---|---|
| Case Name: | Mullvaney, Katharine | | Bank Name: | BANK OF AMERICA, N.A. | |
| Taxpayer ID No: | *******2992 | | Account Number / CD #: | *******1914 Money Market - Interest Bearing | |
| For Period Ending: | 09/28/09 | | | | |

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/16/06 | 8 | Manulife Financial P.O. Box 3314 South Hackensack NJ 07606 | DIVIDEND PAID | 1129-000 | 51.92 | | 51.92 |
| 06/22/06 | 8 | Manulife Financial P.O. Box 3314 South Hackensack NJ 07606 | DIVIDEND PAID | 1129-000 | 53.25 | | 105.17 |
| 06/30/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.02 | | 105.19 |
| 07/31/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 105.28 |
| 08/31/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 105.37 |
| 09/29/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.08 | | 105.45 |
| 10/31/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 105.54 |
| 11/30/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 105.63 |
| 12/29/06 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.08 | | 105.71 |
| 01/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.10 | | 105.81 |
| 02/27/07 | 000101 | International Sureties, Ltd | bond premium | 2300-000 | | 0.11 | 105.70 |
| 02/28/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.08 | | 105.78 |
| 03/30/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 105.87 |
| 04/30/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 105.96 |
| 05/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 106.05 |
| 06/29/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.08 | | 106.13 |
| 07/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 106.22 |
| 08/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.09 | | 106.31 |
| 09/28/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 0.06 | | 106.37 |
| 10/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 0.07 | | 106.44 |
| 11/30/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 0.06 | | 106.50 |
| 12/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 0.05 | | 106.55 |
| 01/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 0.04 | | 106.59 |
| 02/12/08 | 8 | Manulife Financial P.O. Box 3314 South Hackensack NJ 07606 | dividend check | 1129-000 | 69.33 | | 175.92 |
| 02/12/08 | 8 | Manulife Financial P.O. Box 358014 Pittsburgh PA 15252 | dividend check | 1129-000 | 83.03 | | 258.95 |
| 02/12/08 | 8 | Manulife Financial p.O. Box 3314 South Hackensack NJ 07606 | dividend check | 1129-000 | 60.23 | | 319.18 |
| 02/12/08 | 8 | Manulife financial P.O. Box 3314 South Hackensack NJ 07606 | dividend check | 1129-000 | 42.87 | | 362.05 |
| 02/12/08 | 8 | Manulife Financial P.O. Box 3314 South Hackensack NJ 07606 | dividend check | 1129-000 | 35.78 | | 397.83 |
| 02/12/08 | 8 | Manulife Financail P.O. Box 3314 South Hackensack NJ 07606 | dividend check | 1129-000 | 40.65 | | 438.48 |
| 02/14/08 | 000102 | International Sureties Ltd 701 Polydras St | trustee bond | 2300-000 | | 0.49 | 437.99 |

PFORM24

Exhibit 9

Ver: 15.00a

| Case No: | 05-40627 -DOY | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | Mullvaney, Katharine | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1914 Money Market - Interest Bearing |

| Taxpayer ID No: | *******2992 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 09/28/09 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 15,226.58 |
| 02/25/08 | 8 | New Orleans LA 70139 Manulife Financial PO Box 358014 Pittsburgh PA 15252 | turnover of securities | 1129-000 | 14,788.59 | | |
| 02/29/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.17 | | 15,226.75 |
| 03/03/08 | 000103 | Fed Express | delivery to BNYMEllon | 2990-000 | | 28.85 | 15,197.90 |
| 03/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.58 | | 15,201.48 |
| 04/30/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.12 | | 15,204.60 |
| 05/05/08 | 000104 | Illinois Department of Revenue | 2007 taxes | 2820-000 | | 140.00 | 15,064.60 |
| 05/30/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.92 | | 15,066.52 |
| 06/30/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.85 | | 15,068.37 |
| 07/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.91 | | 15,070.28 |
| 08/29/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.91 | | 15,072.19 |
| 09/30/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.86 | | 15,074.05 |
| 10/01/08 | 000105 | Katharine Mullvaney | exemption | 8100-002 | | 1,188.95 | 13,885.10 |
| 10/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.38 | | 13,886.48 |
| 11/28/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.13 | | 13,887.61 |
| 12/11/08 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.39 | | 13,888.00 |
| 12/11/08 | | Transfer to Acct #*******7734 | Final Posting Transfer | 9999-000 | | 13,888.00 | 0.00 |

PFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-40627 -DOY | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | Mullvaney, Katharine | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7734 Checking - Non Interest |
| Taxpayer ID No: | *******2992 | | | |
| For Period Ending: | 09/28/09 | | | |

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/11/08 | | Transfer from Acct #*******1914 | Transfer In From MMA Account | 9999-000 | 13,888.00 | | 13,888.00 |
| 12/11/08 | 001001 | Brenda Porter Helms | trustee compensation | 2100-000 | | 2,155.46 | 11,732.54 |
| 12/11/08 | 001002 | Brenda Porter Helms | trustee expenses | 2200-000 | | 91.00 | 11,641.54 |
| 12/11/08 | 001003 | Alan D. Lasko & Associates, P.C. | accountants fees | 3410-000 | | 1,200.00 | 10,441.54 |
| 12/11/08 | 001004 | Alan D. Lasko & Associates, P.C. | accountants expenses | 3420-000 | | 13.50 | 10,428.04 |
| 12/11/08 | 001005 | Citibank South Dakota<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes NV 88901 | | 7100-000 | | 4,165.51 | 6,262.53 |
| 12/11/08 | 001006 | Citibank South Dakota<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes NV 88901 | final distribution | 7100-000 | | 5,791.31 | 471.22 |
| 12/11/08 | 001007 | Marshall Field<br>111 Boulder Industrial Drive<br>Bridgeton MO 63044 | final distribution | 7100-004 | | 471.22 | 0.00 |
| 07/01/09 | 001007 | Marshall Field<br>111 Boulder Industrial Drive<br>Bridgeton MO 63044 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -471.22 | 471.22 |
| 09/04/09 | 001008 | Clerk, United States Bankruptcy Court<br>219 S. Dearborn St. 7th floor<br>Chicago IL 60604 | deposit of uncashed check with Cler | 8500-000 | | 471.22 | 0.00 |

Total Of All Accounts   0.00

PFORM24   Ver: 15.00a